## NICHOLS V. SMITH.

Where an appeal is by agreement submitted upon the brief in another action, and no argument, oral or printed, is in fact made, no costs can be taxed for argument.

(Opinion filed February 21, 1905.)

On appeal from taxation of costs. Affirmed.

For former opinion see 19 S. D. 159, 101 N. W. 1105.

HANEY, J. The order of the circuit court appealed from in this action was affirmed on the authority of Barron v. Smith,

19 S. D.—11

19 S. D. 50, 101 N. W. 1105, in a memorandum decision not yet officially reported. Respondent's notice of adjustment of costs contained the item, "For argument, $15," to which appellant objected. The item was disallowed, and respondent appealed. The ruling of the clerk was right. When no argument, either oral or printed, is made in this court, the item, "For argument, $15," should not be allowed. Searl v. City of Lead, 10 S. D. 405, 73 N. W. 913. None was made in this case. It was stipulated by the parties, presumably for the purpose of saving costs and disbursements, that the appeal in this action should be submitted upon the brief in Barron v. Smith, supra. It is true that if no such stipulation had been entered into, and no brief filed in this case, it might have been dismissed for want of proper prosecution, but the stipulation prevented dismissal, rendered an argument unnecessary, and none was made.

The clerk's taxation is affirmed.